10-308-cv
Mathirampuzha v. Donahoe

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# SUMMARY ORDER

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 3rd day of June, two thousand eleven.

PRESENT:
> DENNIS JACOBS,
> > *Chief Judge*,
> DEBRA ANN LIVINGSTON,
> > *Circuit Judge,*
> JED S. RAKOFF,[*]
> > *District Judge.*

_____

Ancy A. Mathirampuzha,

> *Plaintiff-Appellant*,

> v.                                    10-308-cv

Patrick R. Donahoe, Postmaster General,

> *Defendant-Appellee*.

_____

---

[*] Jed S. Rakoff, of the United States District Court for the Southern District of New York, sitting by designation.

FOR APPELLANT:          Ancy A. Mathirampuzha, *pro se*, West Hartford, CT.

FOR APPELLEES:          David Christopher Nelson, Assistant U.S. Attorney (Elizabeth A. Latif, *on brief*) for David B. Fine, United States Attorney, District of Connecticut, New Haven, CT.


Appeal from a judgment of the United States District Court for the District of Connecticut (Arterton, *J.*).

**UPON DUE CONSIDERATION IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court be **AFFIRMED**.

Ancy Mathirampuzha, proceeding *pro se*, appeals the district court's judgment dismissing her complaint brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* ("Title VII"). We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

Mathirampuzha's appeal challenges only the district court's dismissal of her Title VII claim, and thus all of her other claims--including any due process claim--are abandoned. *See Cruz v. Gomez*, 202 F.3d 593, 596 n.3 (2d Cir. 2000) ("When a litigant—including a *pro se* litigant—raises an issue before the district court but does not raise it on appeal, the issue is abandoned.").

With respect to her Title VII claim, we review orders granting summary judgment *de novo,* focusing on whether the district court properly concluded that there was no genuine issue as to any material fact. *See Miller v. Wolpoff & Abramson, L.L.P.*, 321 F.3d 292, 300 (2d Cir. 2003). Having conducted a *de novo* review of the record, we affirm the district court's judgment for substantially the same reasons stated by the district court in its thorough and well-reasoned opinion.

For the foregoing reasons, the judgment of the district court is hereby **AFFIRMED**.


FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk